**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:17-cr-00138-LJO-1** |
| **Plaintiff,** | **ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| **v.** | |
| **RAY P. SOUTHERD,** | |
| **Defendant.** | |

The Court has received and reviewed the Defendant's motion for early termination of supervised release and the Government's opposition.

The Order from the sentencing court, *inter alia,* included a 48-month term of supervised release. That term began on September 7, 2016, some 21 months ago.

The Defendant asserts that he has "successfully completed 21 months of supervision." That appears to be inaccurate. The Defendant has tested three times for the use of steroids, in violation of a term of supervision. In addition, he has not complied with the term to report his income monthly for the past two months.

Until the Defendant has a violation-free 12 months of compliance with ALL of the terms of supervision, this Court will not consider early termination. The current request is DENIED.

IT IS SO ORDERED.

Dated: __May 8, 2018__        _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE